JASON G. WEINER, ESQ.
Nevada Bar No. 7555
WEINER LAW GROUP, LLC.
2820 W. Charleston Blvd., #35
Las Vegas, Nevada, 89102
Telephone: (702) 202-0500
Fax: (702) 202-4999
*Attorney for Defendant*
*Evan Alan Scutero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN ALAN SCUTERO,<br><br>Defendant. | Case No.: 2:18-cr-00289-JAD-DJA<br><br>**Stipulation to Continue Sentencing and Disposition Date**<br><br>**(First Request)** |

IT IS HEREBY STIPULTAED AND AGREED by and between Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America, and Jason G. Weiner, Esq., counsel for Defendant, that the Sentencing and Disposition in the above-captioned matter currently scheduled for November 26, 2019, at 09:30 a.m. be vacated and continued to a date and time convenient to the Court, but in approximately 30 days.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant needs additional time to review discovery and conduct investigation in this case as he's been only recently retained.

2. The parties agree to the continuance.

3. Defendant is currently detained but has consulted with Counsel for and does not object to continuance.

1

WEINER LAW GROUP, LLC
2820 W. Charleston Blvd. #35
Las Vegas, Nevada 89102
Tel: (702) 202-0500  Fax: (702) 202-4999

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for Defendant sufficient time within which to be able to effectively represent Defendant and complete investigation of discovery materials being provided.

5. Additionally, denial of this request for continuance could results in miscarriage of justice.

6. This is the **FIRST** stipulation to continue Sentencing & Disposition filed herein.

DATED this 25th day of November, 2019.

  */s/ Jason G. Weiner, Esq.*                              */s/ Kevin D. Schiff*
JASON G. WEINER, ESQ.                        KEVIN D. SCHIFF
Counsel for Evan Alan Scutero            Assistant United States Attorney

Submitted By: WEINER LAW GROUP, LLC.

  */s/ Jason G. Weiner, Esq.*
JASON G. WEINER, ESQ.
Nevada Bar No.: 7555
Weiner Law Group, LLC.
2820 W. Charleston Blvd., Suite 35
Las Vegas, Nevada 89102
Tel: (702) 202-0500
Email: jweiner@weinerlawnevada.com
Counsel for Evan Alan Scutero

2

JASON G. WEINER, ESQ.
Nevada Bar No. 7555
WEINER LAW GROUP, LLC.
2820 W. Charleston Blvd., #35
Las Vegas, Nevada, 89102
Telephone: (702) 202-0500
Fax: (702) 202-4999
*Attorney for Defendant*
*Evan Alan Scutero*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN ALAN SCUTERO,<br><br>Defendant. | Case No.: 2:18-cr-00289-JAD-DJA<br><br>**Stipulation to Continue Sentencing and Disposition Date**<br><br>**(First Request)** |

**FINDINGS OF FACT**

Based on the Stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel for Defendant needs additional time to review discovery and conduct investigation in this case as he's been only recently retained.

2. The parties agree to the continuance.

3. Defendant is currently detained but has consulted with Counsel for and does not object to continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for Defendant sufficient time within which to be able to effectively represent Defendant and complete investigation of discovery materials being provided.

5. Additionally, denial of this request for continuance could results in miscarriage of justice.

3

6. This is the **FIRST** stipulation to continue Sentencing & Disposition filed herein.

**ORDER**

Accordingly, IT IS SO ORDERED that the current Sentencing and Disposition hearing is vacated and the same is continued and reset for January 6, 2020, at the hour of 2:00 p.m.

DATED this  25th  day of November, 2019.

_____
UNITED STATES DSITRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of November, 2019 a true and correct copy of the STIPULATION AND ORDER TO CONTINUE SENTENCING AND DISPOSITION was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case:

Kevin Douglas Schiff     kevin.schiff@usdoj.gov, caseview.ecf@usdoj.gov, cassandra.mello@usdoj.gov

  _/s/ Jason G. Weiner, Esq._
JASON G. WEINER, ESQ.
Counsel for Evan Alan Scutero

WEINER LAW GROUP, LLC
2820 W. Charleston Blvd. #35
Las Vegas, Nevada 89102
Tel: (702) 202-0500  Fax: (702) 202-4999